1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

NATIONAL LIFE INSURANCE
COMPANY; PROVIDENT LIFE AND
ACCIDENT INSURANCE
COMPANY,

13

Plaintiffs,

14

vs.

15

LAWRENCE SAKS, M.D. and DOES 1
- 10, Inclusive,

16

Defendants.

17

18

AND RELATED COUNTER-CLAIM.

Case No.: 2:07-cv-03061-GW-SS

Action Filed :   05/09/07

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**

**[Discovery Document:  Referred to Magistrate Judge Suzanne H. Segal]**

[Lodged concurrently with:
-   Stipulated Protective Order.]

19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

## ORDER

2

3        Good cause having been shown within Plaintiffs and Counterdefendants

4   National Life Insurance Company and Provident Life and Accident Insurance

5   Company's (collectively, "National Life") Stipulated Protective Order regarding

6   certain documents to be produced by the United States (the "Government") to counsel

7   for National Life, the Court hereby orders that the documents to be produced by the

8   Government in response to the Honorable George H. Wu's June 19, 2008 Order in

9   this case shall be governed by the terms of the Stipulated Protective Order.

10

11        **IT IS SO ORDERED**.

12            4/13/10                                              /S/

13   DATED: _____        _____

14                                                    HON. SUZANNE H. SEGAL
                                                     UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# CERTIFICATE OF SERVICE

2

3    **STATE OF CALIFORNIA, COUNTY OF ORANGE**

4         I am employed in the County of Orange, State of California.  I am over the age
     of 18 and not a party to the within action; my business address is 19800 MacArthur
5    Blvd., Suite 800, Irvine, CA  92612.  Email address: grubio@bargerwolen.com.

6         **I HEREBY CERTIFY** that on **April 8, 2010**, I electronically filed the
     foregoing **(PROPOSED) ORDER GRANTING STIPULATED PROTECTIVE**
7    **ORDER** with the Clerk's Office using the CM/ECF System which provides for the
     transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

8

9         Robert K. Scott, Esq.,rscott@robertkscott.com
          Joel S. Poremba, Esq.,jporemba@robertkscott.com
10        LAW OFFICE OF ROBERT K. SCOTT
          111 Pacifica, Suite 240
11        Irvine, California  92618
          Tel.:  (949) 753-4950 / Fax:  (949) 753-4949
12

13        Attorneys for Defendant/Counterclaimant Lawrence Saks
          ☒  Registered participants of ECF.

14

15        Jason P. Gonzalez, Esq.,Jason.Gonzalez@usdoj.gov
          AUSA - Office of US Attorney
16        1300 United States Courthouse
          312 North Spring Street
17        Los Angeles , CA 90012-4700
          Tel: (213) 894-8957 / Fax: (213) 894-6436

18        Attorneys for Plaintiff United States of America
          ☒  Registered participants of ECF.
19

20        I declare under penalty of perjury under the laws of the State of California and
     the United States of America that the above is true and correct.  Executed at Irvine,
21   California on **April 8, 2010.**

22

23    NAME:  Gabriela Rubio        _/s/ Gabriela Rubio_
                                     An Employee of BARGER & WOLEN LLP
24

25

26

27

28