Edwin A. Oster (072169), eoster@bargerwolen.com
Jenny H. Wang (191643), jwang@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Tel: (949) 757-2800 / Fax: (949) 752-6313

Attorneys for Plaintiffs | Counterdefendants

Gastone Bebi (110183), bebilaw@aol.com
LAW OFFICES OF GASTONE BEBI
501 West Broadway, Suite #1340
San Diego, CA 92101
Tel: (619) 237-0514 / Fax: (619) 374-1985

Attorneys for Defendant | Counterclaimant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NATIONAL LIFE INSURANCE COMPANY; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

Plaintiffs,

vs.

LAWRENCE SAKS, M.D. and DOES 1 - 10, Inclusive,

Defendants.

AND RELATED COUNTER-CLAIM.

Case No.: 2:07-cv-03061-GW-SS

Jury Trial: 04/09/2013
Action Filed: 05/09/2007

**STIPULATION TO FACTS**

[Civ. L. R. 16-2.2]

Pursuant to Civil Local Rule 16-2.2, the parties jointly offer the following stipulation of facts:

**The following facts are admitted and require no proof**:

A. Plaintiffs National Life Insurance Company and Provident Life and Accident Insurance Companies issued to Defendant Lawrence Saks two disability income insurance policies that are the subject of this case: National Life disability income policy number NLD296968 ("National Life Policy") and Provident Life disability income policy number 6-334-644534 ("Provident Life Policy" and, collectively the "Policies").

B. The Policies provide benefits in the event of "total disability" defined as follows: "Total Disability means that due to Injuries or Sickness: 1. you are not able to perform the substantial and material duties of your occupation; and 2. you are under the care and attendance of a Physician." (Provident Life Policy); "'Total disability' and 'totally disabled' mean: 1. injury or sickness restricts your ability to perform the material and substantial duties of your regular occupation to an extent that prevents you from engaging in your regular occupation; and 2. you are receiving medical care from someone other than yourself which is appropriate for the injury or sickness. We will waive this requirement when continued care would be of no benefit to you." (National Life Policy) It is Saks position that the policy language disability definitions are modified by State law.

C. On September 30, 2003, Saks submitted claims to Provident Life and National Life in which he asserted that he was totally disabled, and

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

that he was not performing and was no longer able to perform the duties of his occupation as plastic surgeon.

D. For the period September 2003 to April 2007, Provident Life and National Life paid Saks a total of $801,126.90 under the Policies. Plaintiff also waived premiums under the Policies totaling $43,024.53 based upon Saks' claimed disability.

E. Saks admitted in his Plea Agreement that from September 2003 through May 2007, he made false statements to and concealed facts from Provident Life and National Life with the intent of increasing his chances of receiving benefits under the Provident Life Policy and the National Life Policy.

F. Saks admitted in his Plea Agreement that he stated orally and in writing to Provident Life and National Life that he was not performing any work as a plastic surgeon during his claimed disability period when he was in fact performing plastic surgery work during that time.

G. Saks admitted in his Plea Agreement that he intentionally and significantly understated his income to Provident Life and National Life during his claimed disability period.

H. Saks admitted in his Plea Agreement that he concealed from Provident Life and National Life that he maintained a database that contained information regarding his patient treatments and billings during his claimed disability period.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

I. Saks admitted in his Plea Agreement that he made false statements and concealed information about his income, patient treatment, and billing when he knew that Provident Life and National Life wanted true and accurate information from him on those matters.

J. On April 27, 2007, Plaintiffs wrote to Saks informing him that he did not qualify for benefits under the Policies.

**The following facts, though stipulated, shall be without prejudice to any evidentiary objections (the parties request that these facts not be presented to the jury until any objections to them that may be made are ruled upon):**

A. In 1991, Saks pled guilty to and was convicted of willfully filing fraudulent personal and corporate tax returns on behalf of his medical corporation. Saks served time in federal prison as a result of the conviction. On August 11, 1991, the Medical Board of California ("Medical Board") suspended Saks from the practice of medicine for 60 days with credit given for time served in federal prison. Saks was placed on five years probation.

B. While this action was stayed pending the United States' government's criminal case against Saks, he pled guilty to and was convicted of eight counts of filing fraudulent tax returns. He was also convicted by a jury on 16 federal felony counts of medical billing fraud.

C. On February 26, 2010, Saks entered into a Plea Agreement with the United States Government (hereinafter, the "Plea Agreement") which

was prosecuting him for insurance fraud, among various other fraud related felony counts.

D. Subsequent to the filing of this action, the California Medical Board revoked Saks' license to practice medicine.

E. Subsequent to the filing of this action, the United States government indicted Saks for disability insurance fraud.

F. The United States government's indictment against Saks stated that "a. Defendant SAKS would make materially false and fraudulent written and oral claims to the Disability and Life Insurance Companies that defendant SAKS was doing no work as a result of injuries he suffered; b. Defendant SAKS would, in fact, perform work, including numerous surgeries and other medical procedures."

G. The United States' indictment against Saks stated that Saks executed his fraudulent insurance scheme by repeatedly submitting documents and letters to Plaintiffs falsely stating that he had performed no work during the period of his claimed disability when he knew he did.

H. In addition to disability insurance fraud, the United States government prosecuted Saks for medical billing fraud; specifically, Saks was accused of taking cash from his patients for elective, cosmetic surgeries and then billing his patients' insurers for the same procedures that he misrepresented to his patients' health insurers as being medically necessary. Some of these procedures were performed by Saks during the

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

period of time that he was collecting total disability benefits from Plaintiffs. A jury convicted Saks of medical billing fraud.

Stipulated and submitted this 22nd day of March, 2013.

BARGER & WOLEN LLP

By: */s/ Jenny H. Wang*
EDWIN A. OSTER
JENNY H. WANG
Attorneys for Plaintiffs | Counterdefendants National Life Insurance Company and Provident Life and Accident Insurance Company

LAW OFFICES OF GASTONE BEBI

By: */s/ Gastone Bebi*
GASTONE BEBI
Attorneys for Plaintiff
Attorneys for Defendant | Counterclaimant Lawrence Saks

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612; Facsimile No.: (949) 752-6313; email: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **March 22, 2013**, I electronically filed the foregoing **STIPULATION TO FACTS** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Gastone Bebi, Esq.
LAW OFFICES OF GASTONE BEBI
501 West Broadway, Suite #1340
San Diego, CA 92101
Tel: (619) 237-0514
Fax: (619) 374-1985
bebilaw@aol.com

Counsel for Defendant and Cross-Complainant Lawrence Saks, M.D.

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct. Executed on **March 22, 2013**, in the City of Irvine, California.

NAME: Gabriela Rubio

Gabriela Rubio
An Employee of BARGER & WOLEN LLP