JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LIFE INSURANCE COMPANY; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LAWRENCE SAKS, M.D. and DOES 1 - 10, Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No..: CV 07-3061-GW(SSx)<br><br>Action Filed:   05/09/2007<br><br>**JUDGMENT** |

# **JUDGMENT**

Following a trial, the jury returned a verdict (Docket # 195), which is attached hereto as Exhibit A and incorporated by reference.

On September 9, 2013, the Court held a hearing on post-trial motions filed by Plaintiffs/Counter-Defendants National Life Insurance Company and Provident Life and Accident Insurance Company (collectively, "Plaintiffs") and Defendant/Counter-claimant Lawrence Saks ("Saks").

After considering the parties' post-trial motions for entry of judgment, judgment as a matter of law, new trial and attorneys' fees, and for good cause appearing, the Court hereby denies Saks' motion for a new trial, denies Saks' motion for attorneys' fees, grants Plaintiffs' motion for entry of judgment, and denies Plaintiffs' motion for judgment as a matter of law on Saks's counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Judgment shall be entered forthwith in favor of Plaintiffs on their claim for fraud in the amount of $844,151.43.

2. Judgment shall be entered forthwith in favor of Saks on his counterclaim for breach of contract, although Saks shall take nothing by way of this counterclaim.

3. Judgment shall be entered forthwith in favor of Saks on his counterclaim

for breach of the implied covenant of good faith and fair dealing in the amount of $266,000.

4. Judgment shall be entered forthwith in favor of Plaintiffs on their affirmative defense of unclean hands.

**IT IS SO ORDERED.**

DATED: September 17, 2013  _____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE